**U.S. Department of Justice**

***Bart M. Davis***
***United States Attorney***
***District of Idaho***

**Mailing Address:**
1290 W. Myrtle St., Suite 500
Boise, ID 83702

**Telephone:**
(208) 334-1211

September 21, 2026

Molly C. Dwyer, Clerk of Court
United States Court of Appeals
James R. Browning Courthouse
95 Seventh Street
San Francisco, CA 94103-1526

Re: Petition for Rehearing / Rehearing En Banc
*United States v. Andres Sanchez*
USCA No. 23-2533

Dear Ms. Dwyer:

The Government hereby notifies the Court that it will not be filing a petition for panel rehearing or a petition for rehearing en banc pursuant to Rule 40 of the Federal Rules of Appellate Procedure.

Sincerely,

BART M. DAVIS
United States Attorney
By:

*s/ Francis J. Zebari*
FRANCIS J. ZEBARI
Assistant United States Attorney

FJZ/an
Enclosure
cc: Thad Blank, via CM/ECF Notice